UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-433 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SANDRA STEWART-LEISURE,<br>Defendant,<br>and<br>MINNCO CREDIT UNION,<br>Garnishee. | APPLICATION FOR WRIT OF GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Garnishment upon the judgment entered against the above-named defendant, Sandra Stewart-Leisure, Social Security Number, XXX-XX-5335, with the last known address of XXXX, Cambridge, MN 55008.

The judgment was entered on June 16, 2000, for student loan defaults. The judgment was entered in the amount of $5,092.11, plus interest and costs.

As of October 25, 2005, after applying payments, if any, the balance on this judgment debt was $5,109.30 in principal and interest and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from October 25, 2005, at a rate of 6.375% per annum.

SCANNED
NOV - 9 2005
JUDGMENT ENTD.
DEPUTY U.S. DISTRICT COURT MPLS