UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-433 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>SANDRA STEWART-LEISURE,<br>Defendant,<br>and<br>PIZZA HUT,<br>Garnishee. | APPLICATION FOR WRIT OF CONTINUING GARNISHMENT |

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1), to the Clerk of the United States District Court, to issue a Writ of Continuing Garnishment upon the judgment entered against the above-named defendant, Sandra Stewart-Leisure, Social Security Number, XXX-XX-5335, with the last known address of XXXX, Cambridge, MN 55008.

The judgment was entered on June 16, 2000, for student loan defaults. The judgment was entered in the amount of $5,092.11, plus interest and costs.

As of October 25, 2005, after applying payments, if any, the balance on this judgment debt was $5,109.30 in principal and interest and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due. Interest on the principal balance is accruing from October 25, 2005, at a rate of 6.375% per annum.

SCANNED
NOV - 9 2005
U.S. DISTRICT COURT MPLS

More than 30 days has elapsed since demand for payment was last made on the above-named judgment debtor; and the debtor has failed to satisfy the debt as set forth in the demand.

The garnishee is believed to owe or will owe money or property to this judgment debtor or is in possession of property in which this judgment debtor has a substantial non-exempt interest.

The name and address of the garnishee or his authorized agent is: Pizza Hut, 200 2nd Avenue, Cambridge, MN 55008

Dated: October 28, 2005

THOMAS B. HEFFELFINGER
United States Attorney

M Trippler

BY: MARY TRIPPLER
Assistant United States Attorney
Attorney ID No. 110887
600 Federal Courthouse
300 Fourth Street
Minneapolis, MN 55415
(612) 664-5600