UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-433 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA STEWART-LEISURE,<br><br>Defendant,<br><br>PIZZA HUT,<br><br>Garnishee. | CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT |

You are hereby notified that your wages are being garnished by the United States of America, which obtained a judgment on June 16, 2000, in the sum of $5,092.11, plus interest and costs as a result of student loan defaults. As of October 25, 2005, a balance of $5,109.30 in principal and interest and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due remained outstanding on this debt.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you, Sandra Stewart-Leisure, can show that the exemptions apply. Enclosed is a summary of the major exemptions which apply in most situations in the State of Minnesota.

If you are Sandra Stewart-Leisure, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the

SCANNED NOV 25 2005 U.S. DISTRICT COURT MPLS

enclosed exemptions or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the Clerk of the United States District Court in Minneapolis, Minnesota. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk

of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer of your choosing or an office of public legal assistance. The Clerk of Court is not permitted to give legal advice.

Dated: 11-2-05

RICHARD SLETTEN
CLERK, UNITED STATES DISTRICT COURT

BY: Mary Kaye Linner
Deputy Clerk

____ Check here if you believe the Government has taken exempt property under this process, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

____ Check here if you believe you do not owe the Government the debt stated in this notice, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

*Note, you do not need a hearing to get this proceeding transferred to the Federal District in which you reside. Review this notice carefully.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-433 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SANDRA STEWART-LEISURE,<br><br>Defendant,<br><br>MINNCO CREDIT UNION,<br><br>Garnishee. | CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT |

You are hereby notified that your bank accounts are being garnished by the United States of America, which obtained a judgment on June 16, 2000 in the sum of $5,092.11, plus interest and costs as a result of Student Loan defaults. As of October 25, 2005, a balance of $5,109.30 in principal and interest and pursuant to 28 U.S.C. § 3011, a surcharge of 10% of the total debt due remained outstanding on this debt.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by the Government if you, Sandra Stewart-Leisure, can show that the exemptions apply. Enclosed is a summary of the major exemptions which apply in most situations in the State of Minnesota.

If you are Sandra Stewart-Leisure, you have a right to ask the court to return your property to you if you think the property the Government is taking qualifies under one of the

SCANNED
NOV 2 5 2005
...RICT COURT MPLS

enclosed exemptions or if you think you do not owe the money to the United States Government that it says you do.

If you want a hearing, you must notify the court within 20 days after you receive this notice. You must make your request in writing and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. If you wish, you may use this notice to request the hearing by checking the box below and mailing this notice to the Clerk of the United States District Court in Minneapolis, Minnesota. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want a hearing. The hearing will take place within 5 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you believe the property the Government has taken is exempt or why you think you do not owe the money to the Government.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request

in writing, and either mail it or deliver it in person to the Clerk of the United States District Court at 202 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415. You must also send a copy of your request to the Government, through the United States Attorney, Financial Litigation Unit, 600 Federal Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, so the Government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records. If you have any questions about your rights or about this procedure, you should contact a lawyer of your choosing or an office of public legal assistance. The Clerk of Court is not permitted to give legal advice.

Dated: 11-2-05

RICHARD SLETTEN
CLERK, UNITED STATES DISTRICT COURT

BY: Mary Kaye Conery
Deputy Clerk

____ Check here if you believe the Government has taken exempt property under this process, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

____ Check here if you believe you do not owe the Government the debt stated in this notice, and you now want a court hearing to prove your claim. Before checking this line, review this notice carefully.

*Note, you do not need a hearing to get this proceeding transferred to the Federal District in which you reside. Review this notice carefully.

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>00-433 DWF/AJB |
| DEFENDANT<br>Sandra Stewart-Leisure | TYPE OF PROCESS<br>Garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sandra Stewart-Leisure
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
33728 Hasting Street N.E., Cambridge, MN 55008

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

U.S. Attorney's Office
300 South Fourth Street, 600 U.S. Courthouse
Minneapolis, MN 55415

| | |
|---|---|
| Number of process to be served with this Form 285 | 2 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold

Please serve defendant last.

RECEIVED
US MARSHALS SERVICE
MPLS MN
2005 NOV 15 P 4:16

Fold

Signature of Attorney other Originator requesting service on behalf of: [signature]

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 612-664-5662

DATE: 11/14/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. 41 | No. 41 | [signature] | 11/16/05 |

I hereby certify and return that I [X] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Sandra Stewart-Leisure

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*
200 2nd Avenue (Pizza Hut)
Cambridge, MN 55415

Date: 11-21-05
Time: 11:51 [X] am [ ] pm

Signature of U.S. Marshal or Deputy: [signature], DUSM

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| — | — | | — | | $0.00 |

REMARKS: 11-21-05, DUSM served the defendant at her work address.
[signature]

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00