UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-433 DWF/AJB

UNITED STATES OF AMERICA,
Plaintiff,

v.

SANDRA STEWART-LEISURE,
Defendant,

MINNCO CREDIT UNION,
Garnishee.

**GARNISHMENT ORDER**

TO: Sandra Stewart-Leisure, defendant
Minnco Credit Union, garnishee

A Writ of Continuing Garnishment was duly issued by this Court and personally served on the garnishee on or about November 21, 2005.

Pursuant to the Writ of Continuing Garnishment, the garnishee filed an Answer with this Court on or about November 25, 2005. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of bank accounts.

On or about November 21, 2005, the defendant was personally served with notice of his or her right to a hearing as to this

garnishment action. The defendant has not requested such a hearing.

THEREFORE, IT IS ORDERED, that the garnishee pay to the plaintiff, in care of the Financial Litigation Unit, United States Attorney's Office, 600 United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415, with checks or money orders made payable to the "U.S. Department of Justice," all property of the judgment debtor in their possession, custody or control, as levied upon the Writs of Continuing Garnishment served on November 21, 2005, plus any additional funds deposited from the date of service of the Writs of Continuing Garnishment to the date of this order, up to the full amount of the debt.

Dated: December 22, 2005

s/Arthur J. Boylan
Arthur J. Boylan
U.S. Magistrate Judge