PAYMENT HISTORY REPORT

RUN DATE: 10-JAN-2007

FOR: 2000Z00072/001

DEBTOR: Stewart-Leisure, Sandra
COURT NUMBER: 00-433 DWF/AJB

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0011 | PMNT | WA | 23-SEP-2003 | DD/B | Stewart-Leisure | | 56 | | | $61.25 | 29-SEP-2003 |
| 0013 | PMNT | WA | 08-DEC-2003 | DD/B | Stewart | | 67 | | | $100.00 | 15-DEC-2003 |
| 0016 | PMNT | WA | 15-MAR-2004 | TV/B | S. STEWART - TOP | | 200409 | | | $54.62 | 15-MAR-2004 |
| 0017 | PMNT | WA | 29-MAR-2004 | TV/B | S. STEWART | | 200411 | | | $474.16 | 29-MAR-2004 |
| 0022 | PMNT | WA | 07-JUL-2004 | CH/Y | Stewart | MN /04/194 | 2489 | | | $200.00 | 07-JUL-2004 |
| 0027 | PMNT | WA | 01-NOV-2004 | CH/Y | S. STEWART | MN /05/020 | 2502 | | | $200.00 | 01-NOV-2004 |
| 0028 | PMNT | WA | 30-NOV-2004 | DD/B | Sandra | | KYD5335/07 | | | $100.00 | 07-DEC-2004 |
| 0029 | PMNT | WA | 18-JAN-2005 | DD/B | Sandra | | KEYD05018 | | | $100.00 | 31-JAN-2005 |
| 0030 | PMNT | WA | 15-MAR-2005 | DD/B | Sandra | | KEYD05074 | | | $200.00 | 22-MAR-2005 |
| 0031 | PMNT | WA | 10-MAY-2005 | DD/B | SANDRA STEWART LEISU | | KEYD05130 | | | $100.00 | 16-MAY-2005 |
| 0033 | PMNT | WA | 19-JUL-2005 | DD/B | SANDRA STEWART LEISU | | KEYD05200 | | | $100.00 | 26-JUL-2005 |
| 0035 | PMNT | WA | 05-JAN-2006 | GR/G | MINNCO CU | MN /06/065 | 423836 | | | $581.60 | 05-JAN-2006 |
| 0036 | PMNT | WA | 09-JAN-2006 | GR/G | PH NORTH | MN /06/068 | 72548 | | | $115.45 | 09-JAN-2006 |
| 0037 | PMNT | WA | 09-JAN-2006 | GR/G | PH NORTH | MN /06/068 | 72631 | | | $146.00 | 09-JAN-2006 |
| 0038 | PMNT | WA | 09-JAN-2006 | GR/G | PH NORTH | MN /06/068 | 72770 | | | $76.80 | 09-JAN-2006 |
| 0039 | PMNT | WA | 17-JAN-2006 | GR/G | PH NORTH INC | MN /06/073 | 72927 | | | $82.72 | 17-JAN-2006 |
| 0040 | PMNT | WA | 02-FEB-2006 | GR/G | PH NORTH INC | MN /06/084 | 73052 | | | $126.81 | 02-FEB-2006 |
| 0041 | PMNT | WA | 17-FEB-2006 | GR/G | PH NORTH INC | MN /06/096 | 73167 | | | $132.41 | 17-FEB-2006 |
| 0042 | PMNT | WA | 01-MAR-2006 | GR/G | PH NORTH INC | MN /06/104 | 72359 | | | $159.89 | 01-MAR-2006 |
| 0043 | PMNT | WA | 20-MAR-2006 | GR/G | PH North, Inc. | MN /06/117 | 73401 | | | $106.18 | 20-MAR-2006 |
| 0044 | PMNT | WA | 03-APR-2006 | GR/G | PH North, Inc. | MN /06/127 | 73535 | | | $109.67 | 03-APR-2006 |
| 0045 | PMNT | WA | 10-APR-2006 | GR/G | PH North, Inc. | MN /06/132 | 73650 | | | $117.10 | 10-APR-2006 |
| 0046 | PMNT | WA | 24-APR-2006 | GR/G | PH North, Inc. | MN /06/143 | 73876 | | | $122.29 | 24-APR-2006 |
| 0048 | PMNT | WA | 09-MAY-2006 | GR/G | PH North, Inc. | MN /06/153 | 74215 | | | $137.15 | 09-MAY-2006 |
| 0049 | PMNT | WA | 25-MAY-2006 | GR/G | PH North, Inc. | MN /06/164 | 74413 | | | $145.35 | 25-MAY-2006 |
| 0050 | PMNT | WA | 05-JUN-2006 | GR/G | PH North, Inc. | MN /06/170 | 74674 | | | $117.10 | 05-JUN-2006 |
| 0052 | PMNT | WA | 19-JUN-2006 | GR/G | PH North, Inc. | MN /06/178 | 74879 | | | $123.69 | 19-JUN-2006 |
| 0053 | PMNT | WA | 03-JUL-2006 | GR/G | PH North, Inc | MN /06/187 | 75052 | | | $105.42 | 03-JUL-2006 |
| 0054 | PMNT | WA | 17-JUL-2006 | GR/G | PH North, Inc. | MN /06/196 | 75249 | | | $105.94 | 17-JUL-2006 |
| 0055 | PMNT | WA | 31-JUL-2006 | GR/G | PH North, Inc | MN /06/206 | 75426 | | | $114.24 | 31-JUL-2006 |
| 0056 | PMNT | WA | 14-AUG-2006 | GR/G | PH North Inc. | MN /06/214 | 75543 | | | $95.15 | 14-AUG-2006 |

PAYMENT HISTORY REPORT

RUN DATE: 10-JAN-2007

FOR: 2000Z00072/001

DEBTOR: Stewart-Leisure, Sandra
COURT NUMBER: 00-433 DWF/AJB

PRIORITY CODE:

| FIN SEQ | FIN CODE | COL TYPE | REC DATE | FORM/ REC BY | REC FROM | DEPOSIT NO. | CHECK NO. | TRANS # | BOP DEPOSIT NO. | PMNT AMT | POST DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0057 | PMNT | WA | 28-AUG-2006 | GR/G | P H North, Inc | MN /06/223 | 75816 | | | $126.41 | 28-AUG-2006 |
| 0058 | PMNT | WA | 11-SEP-2006 | GR/G | P H North, Inc. | MN /06/232 | 84064 | | | $138.26 | 11-SEP-2006 |
| 0059 | PMNT | WA | 25-SEP-2006 | GR/G | PH North, Inc. | MN /06/240 | 84317 | | | $137.65 | 25-SEP-2006 |
| 0060 | PMNT | WA | 10-OCT-2006 | GR/G | P H North, Inc. | MN /07/007 | 84505 | | | $141.48 | 10-OCT-2006 |
| 0061 | PMNT | WA | 23-OCT-2006 | GR/G | P H North, Inc. | MN /07/017 | 84700 | | | $139.49 | 23-OCT-2006 |
| 0062 | PMNT | WA | 06-NOV-2006 | GR/G | P H North, Inc. | MN /07/026 | 84866 | | | $115.20 | 06-NOV-2006 |
| 0063 | PMNT | WA | 27-NOV-2006 | GR/G | PH North, Inc. | MN /07/038 | 85120 | | | $129.31 | 27-NOV-2006 |
| 0064 | PMNT | WA | 04-DEC-2006 | GR/G | PH NORTH, INC | MN /07/043 | 85262 | | | $118.63 | 04-DEC-2006 |
| 0065 | PMNT | WA | 18-DEC-2006 | GR/G | PH North, Inc. | MN /07/050 | 85501 | | | $125.26 | 18-DEC-2006 |
| 0066 | PMNT | WA | 03-JAN-2007 | GR/G | PH NORTH INC | MN /07/057 | 85644 | | | $113.74 | 03-JAN-2007 |