# CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Court No. 00-433 DWF/AJB |
| | ) | |
| SANDRA STEWART-LEISURE, | ) | |
| | ) | |
| Defendant. | ) | |

I hereby certify that on _January 10, 2007_, I served, or caused to be served, the following documents:

NOTICE OF ANNUAL ACCOUNTING OF GARNISHMENT

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

PH North, Inc.
Attn: Payroll Representative
P.O. Box 1866
Grand Island, NE 68802

Sandra Stewart-Leisure
XXXX
Cambridge, MN 55008

_s/Jessica Scott_____________